DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JERMAINE SMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1074

[January 4, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2017-CF-005182-AXXX-MB.

Brett S. Chase of Chase Law Florida, P.A., Saint Petersburg, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Paul Patti, III, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER and CONNER, JJ., concur.
WARNER, J., dissents with opinion.

WARNER, J., dissenting.

I dissent from the affirmance of the trial court's order summarily denying appellant's motion for postconviction relief. In the motion, appellant claimed ineffective assistance of counsel in failing to apprise him of the overwhelming strength of the State's case before he rejected a favorable plea offer. Because the record does not conclusively refute his allegations, I would reverse for an evidentiary hearing on the issue.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***